# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARMANDO LEYVA, | : | |
| Petitioner | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 04-3697 |
| ANTONIO WILLIAMS, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this _23rd___ day of November 2009, it is **ORDERED** that:

1. The petition for Writ of Habeas Corpus is **DENIED** with prejudice.

2. There is no probable cause to issue a certificate of appealability.

3. The Clerk of the Court shall mark this case closed for statistical purposes.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: